UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA            :
                                    :
                                    :     ORDER
              – against –           :     16 CR 98 (JFB)
                                    :
WALTER J. BARONOWSKI III,           :
                                    :
              Defendant.            :
-----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2018 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

By letter dated July 13, 2018, counsel for defendant requests that the status conference for July 18, 2018 be re-scheduled to August 15, 2018 because of continuing plea negotiations. Counsel also states that his client consents to exclusion of time under the Speedy Trial Act.

The request for an adjournment is granted. Thus, the conference is re-scheduled for August 14, 2018, at 4:30 p.m. Given that the defense has requested the adjournment because of the continuing plea negotiations, the Court finds that the time from today until August 14, 2018 is excluded under the Speedy Trial Act because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedier trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

_Joseph Bianco_
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:   July 18, 2018
         Central Islip, New York