# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Los Angeles, CA / New York, NY / San Francisco, CA / Washington, DC
www.arentfox.com

November 13, 2018

VIA ECF

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 16 2018 ★
LONG ISLAND OFFICE**

**Michelle J. Shapiro**
Partner
212.484.3943 DIRECT
212.484.3990 FAX
michelle.shapiro@arentfox.com

Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District Of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *United States v. Baronowski*, 16-CR-0098 (JFB)

Dear Judge Bianco:

We represent defendant Walter Baronowski in the above-referenced matter. As mentioned during our last status conference before Your Honor on September 28, 2018, Mr. Baronowski respectfully requests the Court's permission to visit family in Massachusetts, without the need for further permission of the Court or Pretrial Services. Specifically, Mr. Baronowski asks that his conditions of release be modified to permit his presence in the Southern District of Florida, the District of Massachusetts and in other districts as may be necessary to travel between his home in the Southern District of Florida and Massachusetts.

I have conferred with Assistant U.S. Attorney Christopher Caffarone and understand that the Government consents to this modification. I have also conferred with Mr. Baronowski's Pretrial Services Officer in the District of Florida, Yoland LaFrance, and understand that her office has no objection to our request.

Thank you for your consideration of this request.

Respectfully submitted,

*Michelle J. Shapiro*
Michelle J. Shapiro

Request granted.

**SO ORDERED**
Joseph Bianco
Joseph F. Bianco
USDJ
Nov. 16, 2018
Central Islip, N.Y.

cc:   AUSA Christopher Caffarone (by ECF)
       Yoland LaFrance (by email: Yoland_LaFrance@flsp.uscourts.gov)

AFDOCS/17028160.1